Abby J. Clark (State Bar No. 033456)
David G. Lubben (IL No. 6207729)
Richard A. Russo (IL No. 6279733)
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, Illinois 61602

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| ASARCO LLC, successor to ASARCO, Inc.; | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. CV18-3534-PHX-SRB ) |
| United Steelworkers of America, AFL-CIO/CLC and its Local Unions 886-02, 915, and 5252; International Association of Machinists and Aerospace Workers, Local 519; International Brotherhood of Electrical Workers, Local 518; United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, Local 469; International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmiths, Forgers and Helpers, Local 627; Millwright Local 1914; Bernard Zornacki; and Gonzalo Frias, | ) NOTICE OF FILING OF ) SECOND AMENDED CLASS ) ACTION COMPLAINT FOR ) DECLARATORY JUDGMENT ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Attached hereto as Exhibit A is a clean copy of ASARCO LLC's ("ASARCO") Second Amended Complaint, filed today with Defendants' written consent. Exhibit B is a redlined version showing changes from ASARCO's Amended Complaint (Dkt. #23). The changes in the Second Amended Complaint include substitution of new individual

1

named Defendants as Class Representatives (Arnold Contreras, Homer B. Ortega and Joe D. Rios, all of whom are named Plaintiffs in the *Contreras* Lawsuit) and the deletion of Defendants Bernard Zornacki and Gonzalo Frias as named Class Representatives, and updates to the date for implementation of the changes to retiree medical and prescription drug benefits to reflect ASARCO's decision to implement these changes on or about January 1, 2020. In the proposed Second Amended Complaint, ASARCO also corrects the identification of Millwright Local 1914 to Millwright Local 1607 as successor in interest to Local 1914.

DATE: July 2, 2019                                                ASARCO LLC

                                                By: s/David G. Lubben

Abby J. Clark
State Bar No 033456
Richard A. Russo
Illinois State Bar No. 6729733
David G. Lubben
Illinois State Bar No. 6207729
Davis & Campbell L.L.C
401 Main Street, Suite 1600
Peoria, IL 61602
Tele: (309) 673-1681
Fax:  (309) 673-1690
ajclark@dcamplaw.com
rarusso@dcamplaw.com
dglubben@dcamplaw.com

*Counsel for Plaintiff ASARCO LLC*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the foregoing document was filed with this Court and all parties entitled to receive notice via the Court's CM/ECF system on this 2nd day of July, 2019.

Gerald Barrett
Ward Keenan & Barrett, P.C.
gbarrett@wardkeenanbarrett.com


William T. Payne
Pamina Ewing
Joel R. Hurt
Ruairi McDonnell
wpayne@fdpklaw.com
pewing@fdpklaw.com
jhurt@fdpklaw.com
rmcdonnell@fdpklaw.com


David R. Jury
Mariana Padias
Maneesh Sharma
djury@usw.org
mpadias@usw.org
msharma@usw.org

Daniel Shanley
dshanley@deconsel.com

                                         s/ David G. Lubben
                                           David G. Lubben